

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00333-CV

**PEKKA JOKI, AS TRUSTEE
OF THE JOKI LIVING TRUST,**

**Appellant**

 **v.**

**ALBERT AND JULIA SPRINGER,**

**Appellees**

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 25758

## MEMORANDUM OPINION

Appellant Pekka Joki, as Trustee of the Joki Living Trust, appeals from an order of the trial court granting a motion for summary judgment filed by Appellees Albert and Julia Springer. By previous Order, we requested that the parties show cause why this appeal should not be dismissed because it appeared that the trial court's order was not a final, appealable order. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 192-93 (Tex. 2001). Appellees have not responded to our Order.

Appellant has responded to our Order and urged us to consider the trial court's order final or, alternatively, to abate this appeal to seek clarification from the trial court. Appellant asserts that the trial court's order should be considered final when viewed in light of the record as a whole. The trial court's order granting summary judgment does not, however, "unequivocally" state that it finally disposes of all claims and all parties. *Lehmann*, 39 S.W.3d at 205.

We have no jurisdiction to hear an appeal from a judgment that is not final, unless there is specific statutory authority permitting an appeal before final judgment. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.012. None of the exceptions to that rule apply in this case. *See id.* § 51.014 (listing interlocutory orders that may be appealed before final judgment is rendered in the case). Accordingly, the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis and
    Justice Scoggins[1]
Opinion issued and filed March 27, 2019
[CV06]



---

[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.